## BRIAN J. FOLEY *v.* TERRY-PAT ASSOCIATES ET AL.
### (14200)

O'Connell, Landau and Spallone, Js.

Argued November 27—decision released December 19, 1995

*Jeanine M. Dumont,* for the appellant (plaintiff).

*Neal C. Mizner,* with whom. on the brief, was *Richard Robinson,* for the appellees (named defendant et al.).

PER CURIAM. The trial court's acceptance of the attorney trial referee's report and its rendering of judgment thereon was in complete accord with applicable law and should not be disturbed.

The judgment is affirmed.